IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

LARRY BRANNUM and NECOLE )
BRANNUM, as next friend and )
guardians for CHELSEY BRANNUM, )
et al., )
　)
    Plaintiffs, )
　)
v. ) NO. 2:03-0065
　) JUDGE HAYNES
OVERTON COUNTY SCHOOL BOARD, )
WILLIAM NEEDHAM, ROBERT )
JOLLY, MELINDA BEATY, )
EDUTECH, INC., JERRY GLASSCOCK, )
DAVID LANGFORD, DOLPHUS DIAL, )
JOEY SMITH, LENARD LEDBETTER, )
EDITH KEY, DONALD BROWN, )
MELODY WILLIAMS, TIM COFFEE, )
MICHELLE THRASHER, JOHN DOES )
1-10, and JOHN DOES 11-20, )
　)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, its is hereby **ORDERED** on the motions before the Court: that

>(1) that the Defendant Edutech, Inc.'s motion for summary judgment on Plaintiffs' § 1983 claim for its lack of state action status (Docket Entry No. 77) is **DENIED**;

>(2) that the Defendant Edutech, Inc.'s motion for summary judgment on Plaintiffs' state law claims is **DENIED without prejudice** (Docket Entry No. 86);

>(3) that Defendants Michelle Williams Thrasher, Lenard Ledbetter and Dolphus Dial's motion for summary judgment on all claims (Docket Entry No. 92) is GRANTED and Plaintiffs' federal law claims are **DISMISSED with prejudice**;

>(4) that the Overton County Defendants' motion for summary judgment on all claims (Docket Entry No. 94) is **DENIED**;

(5) that the Plaintiffs' cross motion for partial summary judgment on Edutech's § 1983 claim (Docket Entry No. 99) is **DENIED**; and

(6) that the Overton County Defendants' motion for the Court to abstain from exercising its jurisdiction. (Docket Entry No. 105) is **DENIED**.

The Plaintiffs' state law claims against all Defendants are **DISMISSED without prejudice** to pursue in the pending state court action.

Counsel for the parties have ten (10) days from the date of entry of this Order to submit an Agreed Order for a conference to discuss further proceedings in this action.

It is so **ORDERED**.

**ENTERED** this the 20th day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge